IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MC-197-RJC-DCK

| | |
|---|---|
| **LONE STAR SCM SYSTEMS, LTD,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **HAND HELD PRODUCTS, INC.,** ) | |
| ) | |
| **Respondent**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by C. Bailey King, Jr., concerning Winston O. Huff, on January 11, 2024. Winston O. Huff seeks to appear as counsel *pro hac vice* for Movant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Winston O. Huff is hereby admitted *pro hac vice* to represent Movant.

**SO ORDERED**.

Signed: January 11, 2024

David C. Keesler
United States Magistrate Judge