IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MC-197-RJC-DCK

| LONE STAR SCM SYSTEMS, LTD, | ) | |
| --- | --- | --- |
| Movant, | ) | |
| v. | ) | **ORDER** |
| HAND HELD PRODUCTS, INC., | ) | |
| Respondent. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by C. Bailey King, Jr., concerning William Zac Duffy, on January 11, 2024. William Zac Duffy seeks to appear as counsel *pro hac vice* for Movant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. William Zac Duffy is hereby admitted *pro hac vice* to represent Movant.

**SO ORDERED**.

Signed: January 11, 2024

David C. Keesler
United States Magistrate Judge