IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MC-197-RJC-DCK

| | |
|---|---|
| LONE STAR SCM SYSTEMS, LTD, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>HAND HELD PRODUCTS, INC., )<br>)<br>Respondent. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by C. Bailey King, Jr., concerning Steven N. Williams, on January 11, 2024. Steven N. Williams seeks to appear as counsel *pro hac vice* for Movant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Steven N. Williams is hereby admitted *pro hac vice* to represent Movant.

**SO ORDERED**.

Signed: January 11, 2024

David C. Keesler
United States Magistrate Judge