# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-MC-197-RJC-DCK

| | |
|---|---|
| LONE STAR SCM SYSTEMS, LTD., | ) |
| Movant, | ) **ORDER** |
| v. | ) |
| HAND HELD PRODUCTS, INC., | ) |
| Respondent. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding "Plaintiff Lone Star Systems, Ltd's Motion To Compel Hand Held Products, Inc. To Respond To Discovery" (Document No. 1) filed December 18, 2023. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

By the pending motion, Lone Star requests that the Court compel the production of "subpoenaed documents and materials, and in particular relevant product source code from non-party Hand Held Products, Inc. ("Hand Held") related to the products accused in the Underlying Action of infringing Lone Star's patents." (Document No. 1, p. 1). The pending motion was fully briefed as of January 16, 2024. See (Document No. 19).

Notably, the Underlying Action, Lone Star SCM Systems, Ltd. v. Honeywell International, Inc., 6:21-CV-843-ADA (W.D.Texas) was transferred to this Court on January 30, 2024. See 3:24-CV-108-RJC-SCR (Document No. 115). This related case was then stayed on February 28, 2024.

Based on the foregoing, the undersigned finds that a Status Report from the parties in this action is appropriate. The Court is particularly interested in what, if any, impact the transfer and stay of the Underlying Action has on the relief sought in this case.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **May 22, 2024**.

**SO ORDERED**.

Signed: May 14, 2024

David C. Keesler
United States Magistrate Judge