IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MC-197-RJC-DCK

| LONE STAR SCM SYSTEMS, LTD., | ) | |
|---|---|---|
| Movant, | ) | **ORDER** |
| v. | ) | |
| HAND HELD PRODUCTS, INC., | ) | |
| Respondent. | ) | |

**THIS MATTER IS BEFORE THE COURT** regarding "Plaintiff Lone Star Systems, Ltd's Motion To Compel Hand Held Products, Inc. To Respond To Discovery" (Document No. 1) filed December 18, 2023, and the parties' "Joint Status Report" (Document No. 21) filed May 21, 2024. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Based on the foregoing filings, the record of this case, and following consultation with Judge Conrad's chamber, the undersigned will order that this matter be stayed.

This case is closely related to Lone Star SCS Systems, Ltd. v. Honeywell International Inc., 3:24-CV-108 -RJC-SCR (the "Underlying Action"), which was recently transferred to this Court from the United States District Court for the Western District of Texas, and is currently stayed.

> The parties agree that this action should be stayed pending the Underlying Action's status. Once a final, non-appealable decision regarding each of the IPRs is issued by the Federal Circuit, Lone Star anticipates dismissing the Underlying Action and this action, moving this Court to lift the stay and proceed with the merits of the pending motion to compel or moving to consolidate this action with the Underlying Action.

(Document No. 21, p. 2).

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on **July 22, 2024**, and **every sixty (60) days thereafter**, until either the stay is lifted or this action is closed.

**SO ORDERED**.

Signed: May 22, 2024

David C. Keesler
United States Magistrate Judge